UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,              :

                                       :

        -against-                              CRIMINAL NO.: 3:01CR224    (AWT)
                                       :                3:02CR 61, 62 (AWT)
JOSE COSME,                                    December 9, 2005

                                       :

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


## MOTION FOR EXTENSION OF TIME FOR MOTIONS

Jose Cose, defendant through undersigned counsel, requests that the court afford the

defendant 30 (thirty) days from the date of this application to submit motions, for the following

reasons:


1.    I am an attorney admitted to practice in this Court, represent the captioned defendant

and submit this affidavit in support of an application for the relief requested hereto.


2.    When the defendant was arraigned on November 7, 2005, a motion schedule was fixed

which required the submission of motions on or before November 28, 2005.


3.    To date, we have received no discovery from the Government, but counsel has been

informed by lead prosecutor in this matter, Assistant United States Attorney Gordon Hall, that a

substantial discovery package, including digital recordings and voluminous documents, has been sent

to our office.


4.    In order to draft informed motions, defense requires additional time to review the

discovery materials once they are received.  The Government does not oppose this request for an extension.

5.   For the foregoing reasons we respectfully request 30 (thirty) days from today to submit motions in this case.

Respectfully submitted,

DAVID J. GOLDSTEIN
Goldstein & Weinstein
Attorneys for Defendant - Jose Cosme
Office and P.O. Address
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

## **CERTIFICATION OF SERVICE**

This is to certify that a copy of foregoing was mailed to Assistant United States Attorney, Gordon Hall, United States Attorney' Office - District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, this 9th day of December, 2005.

DAVID J. GOLDSTEIN