UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
------------------------------------X
UNITED STATES OF AMERICA,          :

                                   :

        -against-                      CRIMINAL NO.: 3:01CR224   (AWT)
                                   :                    61,     (AWT)
JOSE COSME,                            December 9, 2005

                                   :
        Defendant.
------------------------------------X

## MOTION FOR EXTENSION OF TIME FOR MOTIONS

Jose Cose, defendant through undersigned counsel, requests that the court afford the defendant 30 (thirty) days from the date of this application to submit motions, for the following reasons:

1. I am an attorney admitted to practice in this Court, represent the captioned defendant and submit this affidavit in support of an application for the relief requested hereto.

2. When the defendant was arraigned on November 7, 2005, a motion schedule was fixed which required the submission of motions on or before November 28, 2005.

3. To date, we have received no discovery from the Government, but counsel has been informed by lead prosecutor in this matter, Assistant United States Attorney Gordon Hall, that a substantial discovery package, including digital recordings and voluminous documents, has been sent to our office.

4. In order to draft informed motions, defense requires additional time to review the

Extension GRANTED to and including January 12, 2006. It is so Ordered.

Alvin W. Thompson, U.S.D.J.
                    12/21/05