UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 3:02CR62(AWT) |
| : | |
| **JOSE COSME** : | |
| a/k/a "Jose M. Cosme," : | |
| a/k/a "Franklin," a/k/a : | |
| "Frankie," a/k/a "Pacha," : | |
| : | November 4, 2005 |

## GOVERNMENT'S MOTION
## FOR WAIVER OF TEN-DAY NOTICE

The United States Government respectfully requests that the Court enter an order waiving the ten-day notice requirement of 18 U.S.C. § 2518(9) so that the Government may rely on court-authorized electronic surveillance at the detention hearing of the defendant in the captioned case. In support of this motion, the Government submits the following:

Section 2518(9) reads as follows:

> The contents of any wire, oral, or electronic communication intercepted pursuant to this chapter or evidence derived therefrom shall not be received in evidence or otherwise disclosed in any trial, hearing, or other proceeding in a Federal or State court unless each party, not less than ten days before trial, hearing, or proceeding, has been furnished with a copy of the court order, and accompanying application, under which the interception was authorized or approved. This ten-day period may be waived by the judge if he finds that it was not possible to furnish the party with the above information ten days before trial, hearing, or proceeding and that the party will not be prejudiced by the delay in receiving such information.

On March 6, 2002, a federal grand jury in the District of Connecticut returned and filed an indictment in case number 3:02CR61(AWT) against JOSE COSME, a/k/a "Jose M. Cosme,"

*[Margin annotation, left side:] DENIED, as moot. See Order of Detention Pending Trial (Doc. No. 171). It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 1/6/06*