AU 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

United States

v.

Jose Cosme

DISTRICT OF Connecticut

**APPEARANCE**

Case Number: 3:02 CR 62 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Jose Cosme

I certify that I am admitted to practice in this court.

Date    1/5/06

Signature

Print Name    David J. Goldstein    Bar Number CT23264

Address    888 Grand Concourse

City Bronx    State N.Y    Zip Code 10451

Phone Number 718-665-9000    Fax Number 718-665-9147

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :

                ss.:

COUNTY OF NEW YORK  :

    Melissa Gonzalez, being duly sworn deposes and says:

    1. I am not a party to the action, am over 18 years of age and reside at Bronx, New York.

    2. On January 10, 2006, I served a true copy of the annexed Notice of Appearance to respondents, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to the person(s) at the address indicated below:

U.S. Attorney's Office - AUSA H. Gordon Hall - District of Connecticut, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510

U.S. Attorney's Office - AUSA Peter Markle - District of Connecticut, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510

U.S. Attorney's Office - John A. Danaher, III, 450 Main Street, Room 328, Hartford, Connecticut 06103

U.S. Court of Appeals, Office of the Clerk, U.S. Courthouse, Foley Square, NY, NY 10007

MELISSA GONZALEZ

Sworn to before me this 10th
day of January, 2006

NOTARY PUBLIC