UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------X
UNITED STATES OF AMERICA,           :
                                                 CRIMINAL NO.: 3:02CR62 (AWT)
       -against-           :

JOSE COSME,            :           January 31, 2006
           Defendant.
                                      :
-------------------------------------------------------X

## MOTION TO ADJOURN TRIAL

Defendant, Jose Cosme, through undersigned counsel, requests that this court adjourn the trial in the captioned matter, which is currently scheduled to commence of February 17, 2006, for the following reasons:

1. I am an attorney admitted to practice in this Court, represent the captioned defendant and submit this affidavit in support of an application for the relief requested herein.

2. The court has scheduled jury selection in this matter for Monday, February 17, 2006. I was previously, and am still, scheduled to commence a trial on February 13, 2006, in the United States District Court, Eastern District of Pennslyvania, before the Honorable Cynthia M. Rufe, in the case of the United States of America v. Edgardo Colon, et al., Criminal No. 05-CR-123. As indicated in "Exhibit A," that date was fixed on November 18, 2005, and that case is a multi-defendant case.

3. Additionally, my client and I have now had sufficient time to examine the voluminous discovery provided by the Government in this case. I have already contacted Assistant United States Attorney, Gordon Hall, to discuss a disposition. While our discussions are only in the

LAW OFFICES
GOLDSTEIN & WEINSTEIN
888 GRAND CONCOURSE
BRONX, NEW YORK 10451
(718) 665-9000

preliminary stage, I believe that there will be a disposition of these three (3) indictments without a trial.

4. The Government agrees that an adjournment of the trial would be appropriate.

5. For the foregoing reasons we respectfully request 60 (sixty) days in order that I may try the Pennsylvania case and conclude plea negotiations in the captioned matter.

Respectfully submitted,

_____
DAVID J. GOLDSTEIN
Goldstein & Weinstein
Attorneys for Defendant - Jose Cosme
Office and P.O. Address
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  Date of
                          :  Notice: November 18, 2005
           vs.            :
                          :
EDGARDO COLON/59510-066   :  Criminal No. 05-CR-123-2
FDC-PHILADELPHIA
P.O. BOX 562
PHILADELPHIA, PA 19106

## TRIAL NOTICE

**FEDERAL CUSTODY**

   **TAKE NOTICE** that the above-entitled case has been set for Trial in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on February 13, 2006 at 10:00a.m. before the Honorable Cynthia M. Rufe. **Please report to the fourth floor for courtroom assignment.**

   **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

   If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

                                    Very truly yours,

**YES** INTERPRETER REQUIRED
                                    Erica D. Pratt
                                    Deputy Clerk to Judge Cynthia M. Rufe

                         Notice to:
                                    Defendant (via mail)
                                    D. Goldstein, Esq.(via fax)
                                    J. Gallagher, A.U.S.A. (via e-mail)
                                    U.S. Marshal (via e-mail)
                                    Probation Office (via e-mail)
                                    Pretrial Services (via e-mail)
Cr 4 (rev. 8/97)                    Larry Bowman(via e-mail)

TOTAL P.01