```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
---------------------------x
                           :
UNITED STATES OF AMERICA   :
                           :
                           :
v.                         :        No.  3:02CR0062(AWT)
                           :
JOSE COSME                 :
                           :
---------------------------x
```

**ENDORSEMENT ORDER**

   Defendant Jose Cosme's Motion to Adjourn Trial (Doc No. 183) is hereby GRANTED, subject to the filing by the defendant of a Speedy Trial Waiver covering the period from February 18, 2006 to April 13, 2006.  The court finds that the interests of justice served by postponing jury selection from February 17, 2006 to April 13, 2006 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  Accordingly, the speedy trial time shall be excluded from February 17, 2006 to April 13, 2006.

   It is so ordered.

   Dated this 13th day of February 2006 at Hartford, Connecticut.

                              /s/Alvin W. Thompson
                              _____
                                    Alvin W. Thompson
                              United States District Judge