UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
------------------------------X
UNITED STATES OF AMERICA,

       -against-                  CRIMINAL NO. 3:01CR0062 (AWT)

JOSE COSME,                    March 21, 2006

        Defendant.
------------------------------X

### SPEEDY TRIAL WAIVER

    The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from April 13, 2006, the date currently fixed for trial, until June 9, 2006, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.

Dated: March 2006

*Fausto Camdelario*
José Cosme

Respectfully submitted,

Goldstein & Weinstein
Attorneys for defendant
JOSE COSME
888 Grand Concourse
Bronx, New York 10451
Telephone no. (718) 665-9000

INTERPRETED BY:

_____
LISA TORRES