UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
------------------------------X

UNITED STATES OF AMERICA,          :

       -against-                           :     CRIMINAL NO. 3:01CR0062 (AWT)

JOSE COSME,                                     :     June 2, 2006

          Defendant.                         :
------------------------------X

## MOTION TO ADJOURN JURY SELECTION AND TRIAL

    JOSE COSME, defendant through undersigned counsel, requests that the court adjourn the jury selection and trial in the captioned matter until August 11, 2006, for the following reasons:

    1.    I am an attorney admitted to practice in this Court, represent the captioned defendant and submit this affidavit in support of an application for the relief requested.

    2.    Jury selection and trial in this case have been scheduled for June 9, 2006.

    3.    I am currently engaged in plea negotiations with the Government to resolve this case, as well as two other Indictments which are also pending before this court involving the same defendant. The parameters of the proposed disposition have already been discussed.

    4.    Unfortunately, I was unable to adequately discuss the disposition which has been conveyed by the Government, because I was on trial for a number of weeks in the New York State Supreme Court in a case where my client was charged with possession of almost 400 kilos of cocaine. Prior to that, I was on trial in the Bronx Supreme Court for almost one month in a murder

case.

5. As a result of these trials, I have been unable to visit the defendant, who is incarcerated at the Donald W. Wyatt Center in Rhode Island, many hours from my office in the Bronx, New York.

6. As the parties have previously indicated to this court, we believe that this matter will be resolved, rendering a trial unnecessary.

7. For the foregoing reasons we respectfully request that the court adjourn the trial date from June 9, 2006, until August 11, 2006. The Government, by Gordon Hall, has no objection to this application.

8. The defendant has executed a speedy trial waiver, and consented to the exclusion of time until August 11, 2006. ("Exhibit A").

Respectfully submitted,

_____
DAVID J. GOLDSTEIN
Goldstein & Weinstein
Attorneys for Defendant - Jose Cosme
Office and P.O. Address
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

## CERTIFICATION OF SERVICE

    This is to certify that a copy of foregoing was mailed to Assistant United States Attorney, Gordon Hall, United States Attorney's Office for the District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, this 5th day of June, 2006.

                                                    _____
                                                        DAVID J. GOLDSTEIN