```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

----------------------------x
UNITED STATES OF AMERICA    :
                            :
                            :
v.                          :      No.   3:02CR00062(AWT)
                            :
JOSE COSME                  :
----------------------------x
```

**ENDORSEMENT ORDER**

Defendant Jose Cosme's Motion to Adjourn Jury Selection and Trial to Be Filed Under Seal (Doc. No. 197) is hereby GRANTED in part and DENIED in part. Jose Cosme's motion to have Doc. No. 197 filed under seal is granted. Jose Cosme's motion to continue jury selection is denied, as moot. The defendant's supplemental Motion to Adjourn Jury Selection and Trial (Doc. No. 198) is hereby GRANTED, absent objection. The court finds that the interests of justice served by postponing jury selection from August 11, 2006 to October 13, 2006 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). Accordingly, the speedy trial time shall be excluded from August 11, 2006 to October 13, 2006.

It is so ordered.

Dated this 9th day of August 2006 at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
Alvin W. Thompson
United States District Judge