UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
-------------------------------X
UNITED STATES OF AMERICA,           :

                                    :

    -against-                       :     CRIMINAL NO. 3:02CR00062 (AWT)

                                    :

JOSE COSME,

                                    :

            Defendant.
-------------------------------X

## SPEEDY TRIAL WAIVER

The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from October 13, 2006, the date currently fixed for trial, until December 8 , 2006, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.

Dated: September 29, 2006

_____

                                        Respectfully submitted,

                                        _____

                                        Goldstein & Weinstein
                                        Attorneys for defendant
                                        JOSE COSME
                                        888 Grand Concourse
                                        Bronx, New York 10451
                                        Telephone no. (718) 665-9000

INTERPRETED BY:

_____