**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
UNITED STATES OF AMERICA       :
                               :
v.                             :    No.3:02CR00062(AWT)
                               :
JOSE COSME                     :
-------------------------------x
```

**ENDORSEMENT ORDER**

     Defendant Jose Cosme's Motion to Adjourn Conference, Jury Selection and Trial (Doc. No. 207) is hereby GRANTED.  The court finds that the interests of justice served by postponing jury selection from October 13, 2006 to December 8, 2006 outweigh the interests of the public and the defendant in a speedy trial because the failure to grant a continuance would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The defendant filed a speedy trial waiver for the period from October 13, 2006 to December 8, 2006.  Accordingly, the speedy trial time shall be excluded from October 13, 2006 to December 8, 2006.

     It is so ordered.

     Dated this 12th day of October 2006 at Hartford, Connecticut.

                                            /s/AWT
                                      Alvin W. Thompson
                         United States District Judge