UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,          :

                                           :

       -against-                    CRIMINAL NO. 3:02CR00062 (AWT)

                                           :

JOSE COSME,

                                           :

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## SPEEDY TRIAL WAIVER

      The defendant, JOSE COSME, having been advised that he has a right to a speedy trial, pursuant to the provisions of Title 18 U.S.C. § 3161 ©), waives such right, and agrees that all time from December 8, 2006, the date currently fixed for trial, until January 16, 2007, the new trial date, be excluded from the calculation of time within which trial must be commenced in this case.

Dated: November 28, 2006

          *[signature]*                                              *[signature]*

                                                                          Respectfully submitted,

                                                                          Goldstein & Weinstein
                                                                          Attorneys for defendant
                                                                          JOSE COSME
                                                                          888 Grand Concourse
                                                                          Bronx, New York 10451
                                                                          Telephone no. (718) 665-9000

INTERPRETED BY:

*[signature]*