Treat as original
per AWT

United States District
District of Connecticut
FILED AT HARTFORD
March 20, 2007
Kevin F. Rowe, Clerk
By S. L. Smith
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :
:
v. :  Criminal No. ~~3:06CR~~ ~~(AWT)~~
:         3:01CR224(AWT)
FAUSTO CANDELARIO :         3:02CR61(AWT)
:         3:02CR62(AWT)

PETITION TO ENTER PLEA OF GUILTY
PURSUANT TO RULES 10 AND 11 OF
THE FEDERAL RULES OF CRIMINAL PROCEDURE

The above-named defendant respectfully petitions this Court to permit him/her to plead "GUILTY" to Count(s) One of the Indictment/Information in Criminal No. 3:01CR224, 3:02CR61, 62 (AWT).

The following is my own statement as to what occurred, which shows that I am, in fact, guilty of each charge to which I am now offering to plead "Guilty." [Defendant must set forth, in his/her own handwriting, or through an interpreter, his/her own statement as to each count with which he/she is charged. Use additional sheets if necessary and attach to this petition.]

1. With regard to Indictment number 3:01 CR 224, during the period from June 2000 until November 27, 2001, I agreed with my brother Juan Candelario, to distribute more than 500 grams of cocaine in New Haven, and we did distribute more than that amount

2. With regard to Indictment 3:02 CR 61, between the beginning of June 2001 and the end of July 2001, I agreed with the brothers Martinez to sell them

-2-

9 kilos of cocaine and I did so. The 9 kilos were seized in New Haven. I had possession of the drugs prior to the seizure.

3. With regard to Indictment No. 3:02CR62, I agreed with Sergio Torres and others to distribute more than 5 kilos of cocaine in New Haven and I received more than 5 kilograms of cocaine during this conspiracy, which I sold.

I declare that I offer my plea of "GUILTY" freely and voluntarily and of my own accord. I also declare that my attorney has explained to me, and I understand, the statements set forth in the Indictment/Information and in this petition and in the "Certificate of Counsel" attached to this petition.

-3-

I request that the Court enter now my plea of "GUILTY" as set forth above in reliance upon my statements in this petition.

Signed by me in open court in the presence of my attorney at Hartford, Connecticut, this 20th day of March, 2007.

*Fausto Candelaria*
Defendant

-4-
## CERTIFICATE OF COUNSEL

The undersigned, as attorney and counselor for the defendant, _Fausto Cardelfio_, hereby certifies as follows:

(1) I have read and fully explained to the defendant all the accusations against the defendant which are set forth in the Indictment/Information in this case;

(2) To the best of my knowledge and belief each statement set forth in the foregoing petition is in all respects accurate and true;

(3) The plea of "GUILTY," as offered by the defendant in the foregoing petition, accords with my understanding of the facts as related to me by the defendant, and is consistent with my advice to the defendant;

(4) In my opinion, the defendant's waiver of the reading of the Indictment/Information in open court, and of all further proceedings upon arraignment as provided in the Federal Rules of Criminal Procedure, is voluntarily made; the defendant understood what he/she was doing when he/she waived the reading; and I recommend to the Court that the waiver be accepted by the Court;

(5) In my opinion the plea of "GUILTY," as offered by the defendant in the foregoing petition, is voluntarily and understandingly made, and I recommend to the Court that the plea of "GUILTY" be now accepted and entered on behalf of the defendant as requested in the defendant's petition;

-5-

(6) I have read and understood and explained to the defendant all the provisions of Rules 10 and 11 of the Federal Rules of Criminal Procedure, and I believe the defendant understands the substance of both of those Rules;

(7) I have caused a copy of the foregoing petition, completed by the defendant, to be delivered to the Assistant United States Attorney in charge of this case prior to the parties' appearance in court at the plea proceeding.

Signed by me in open Court and in the presence of the defendant above named at Hartford, Connecticut, this 20th day of March, 2007.

_____
Attorney for the Defendant

O R D E R

Good cause appearing from the foregoing petition of the defendant above named and the certificate of his counsel, and from all proceedings heretofore had in this case, it is hereby ORDERED that the petition be granted and that the defendant's plea of "GUILTY" be accepted and entered as prayed in the defendant's petition and as recommended in the certificate of his counsel.

Done in open court in Hartford, Connecticut, this 20th day of March, 2007.

Alvin W. Thompson
United States District Judge