UNITED STATES DISTRICT COURT:
DISTRICT OF CONNECTICUT
------------------------------X

UNITED STATES OF AMERICA,                :

        -against-                                        :          CRIMINAL NO. 3:02CR00062 (AWT)

                                                                  :
FAUSTO CANDELARIO,                       :          October 23, 2007

               Defendant.                     :
------------------------------X

## MOTION TO SEAL SENTENCING MEMORANDUM

      FAUSTO CANDELARIO, defendant through undersigned counsel, requests that the court seal his sentencing memorandum for the following reasons:

      1.    I am an attorney admitted to practice in this Court, represent the captioned defendant and submit this affidavit in support of an application for the relief requested herein.

      2.    The defendant entered guilty pleas under this indictment and two related Indictments on March 20, 2007, and sentence is currently scheduled for sentence on October 29, 2007. Contemporaneously with the filing of this motion, a sentencing memorandum in aid of sentence has been filed.

      3.    The sentencing memorandum details the defendant's cooperation and the fact that we anticipate the filing a "5K" motion.

      4.  Since cooperation is discussed in the sentencing memorandum, as well as in this motion, we asked that they be filed under seal.

Respectfully submitted,

_____

DAVID J. GOLDSTEIN
Goldstein & Weinstein
Attorneys for Defendant-Fausto Candelario
Office and P.O. Address
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

## CERTIFICATION OF SERVICE

      This is to certify that a copy of foregoing was mailed to Assistant United States Attorney, Gordon Hall, United States Attorney's Office for the District of Connecticut, 141 Church Street, New Haven, Connecticut 06510, this 23rd day of October, 2007.

_____
DAVID J. GOLDSTEIN